# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 95-4223

_____

Shelby Harris,                          *
                                        *
            Appellant,                  *
                                        *
      v.                                *
                                        * Appeal from the United States
J. D. Kaver, Functional Unit            * District Court for the
Manager; Phillip Higgins,               * Western District of Missouri.
COII; John Sigler, Caseworker;          *
Charles Kirsh, Assistant                *        [UNPUBLISHED]
Caseworker; Greg Mullarkey,             *
COI; J. Pedro, COI; William             *
Wade, Director of CMS; Cain,            *
Nurse at CMCC,                          *
                                        *
            Appellees.                  *

_____

Submitted:  March 19, 1997

Filed:  March 20, 1997

_____

Before BOWMAN, WOLLMAN, and BEAM, Circuit Judges.

_____

PER CURIAM.

     Shelby Harris, a Missouri prisoner, appeals from the grant of summary
judgment by the District Court[1] in favor of defendants in his 42 U.S.C.
§ 1983 (1994) action.  Having reviewed the record and

_____

     [1]The Honorable Scott O. Wright, United States District Judge
for the Western District of Missouri, adopting the reports and
recommendations of the Honorable William A. Knox, United States
Magistrate Judge for the Western District of Missouri.

the parties' briefs, we conclude that the judgment of the District Court was correct.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.  Additionally, we deny Harris's motion for legal materials.

A true copy.


Attest:


CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT